AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Christopher Laccinole | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Don Wood<br>Andrew Stefanides<br>American Coalition for Crisis Relief PAC<br>Crisis Relief Consultants, Inc. | ) | **3-23CV1831-L** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Don Wood

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher Laccinole
> 14356 N. Summerchase Cir.
> Willis, TX 77318

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **AUG 1 6 2023**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Christopher Laccinole <br><br> *Plaintiff(s)* <br> v. <br> Don Wood <br> Andrew Stefanides <br> American Coalition for Crisis Relief PAC <br> Crisis Relief Consultants, Inc. <br><br> *Defendant(s)* | Civil Action No. <br><br> 3-23CV1831-L |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Andrew Stefanides

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher Laccinole
> 14356 N. Summerchase Cir.
> Willis, TX 77318

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 6 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Christopher Laccinole | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Don Wood<br>Andrew Stefanides<br>American Coalition for Crisis Relief PAC<br>Crisis Relief Consultants, Inc. | ) 3-23CV1831-L |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   American Coalition for Crisis Relief PAC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Laccinole
14356 N. Summerchase Cir.
Willis, TX 77318

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 6 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Christopher Laccinole <br><br> *Plaintiff(s)* <br> v. <br> Don Wood <br> Andrew Stefanides <br> American Coalition for Crisis Relief PAC <br> Crisis Relief Consultants, Inc. <br><br> *Defendant(s)* | Civil Action No. <br><br> 3-23CV1831-L |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Crisis Relief Consultants, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher Laccinole
14356 N. Summerchase Cir.
Willis, TX 77318

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 16 2023

*Signature of Clerk or Deputy Clerk*