Civil Action No.   **3-23CV1831-L**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Donald Alfred Wood**
was recieved by me on   **10/02/2023:**

- [X]  I personally served the summons on the individual at **6307 Cartmel Lane, Windermere, FL 34786** on **10/03/2023 at 8:49 AM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]  I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   10/03/2023

*Server's signature*

**Kristin Stryker**
*Printed name and title*

**12258 Medan st
Orlando, FL 32837**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Donald Alfred Wood with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact over 65 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**




Tracking #: **0115291185**